# Exhibit A

1   Arpita Bhattacharyya (SBN 316454)
    Arpita.Bhattacharyya@finnegan.com
2   **FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, L.L.P.**
3   Stanford Research Park
    3300 Hillview Avenue
4   Palo Alto, CA  94304-1203
5   Telephone:   (650) 849-6600
    Facsimile:    (650) 849-6666
6

7   Lionel M. Lavenue (*pro hac vice* to be filed)
    lionel.lavenue@finnegan.com
8   **FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, L.L.P.**
9   Two Freedom Square
    11955 Freedom Drive
10   Reston, VA  20190-5675
11   Telephone:   (571) 203-2750
    Facsimile:    (571) 203-2777
12

13   R. Benjamin Cassady (*pro hac vice* to be filed)
    ben.cassady@finnegan.com
14   **FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, L.L.P.**
15   901 New York Avenue, N.W.
    Washington, DC  20001-4413
16   Telephone:   (202) 408-6088
    Facsimile:    (202) 408-4400
17

18   Attorneys for Petitioners
    BAYERISCHE MOTOREN WERKE AG and
19   BMW BANK GMBH

20

           UNITED STATES DISTRICT COURT
21         NORTHERN DISTRICT OF CALIFORNIA
               SAN JOSE DIVISION
22

23

| | |
|---|---|
| **In Re Ex Parte Application of Bayerische Motoren Werke AG and BMW Bank GmbH For Order To Obtain Discovery For Use In Foreign Proceedings** | Misc. Action No. _____<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

24

25

26

27

28

           - 1 -     [PROPOSED] ORDER GRANTING LEAVE TO
                                  OBTAIN DISCOVERY FOR USE IN FOREIGN
                                  PROCEEDINGS - Misc. Action No. _____

1    The *Ex Parte* Application of BMW AG and BMW Bank GmbH (collectively, "BMW") for

2  an Order Pursuant to 28 U.S.C. Section 1782 Granting Leave to Obtain Discovery for Use in Foreign

3  Proceedings ("Application") came before this Court on November 1, 2019. The Application seeks

4  documents and testimony from the following five entities: (1) Broadcom Corporation, (2) Broadcom

5  Inc., (3) Broadcom Technologies Inc. (4) Avago Technologies Ltd, and (5) Avago Tech. The

6  documents and testimony are for use in connection with patent litigation pending in Germany.

7    Having reviewed and considered all moving papers and exhibits, and good cause appearing,

8    **IT IS HEREBY ORDERED** that:

9    1.    The *Ex Parte* Application is **GRANTED**;

10   2.    BMW is hereby granted leave to issue subpoenas for documents and testimony in

11  substantially the form attached as Exhibits B and C to the Application; and

12   3.    Copies of the Application, its supporting documents, and this Order shall be mailed to

13  the following: (1) Broadcom Corporation, 1320 Ridder Park Drive, San Jose, California 95131;

14  (2) Broadcom Inc., 1320 Ridder Park Drive, San Jose, California 95131; (3) Broadcom Technologies

15  Inc., 1230 Ridder Park Drive, San Jose, California 95131; (4) Avago Technologies Ltd, 1320 Ridder

16  Park Drive, San Jose, California 95131; and (5) Avago Tech, 6691 Crow Canyon Road, Castro

17  Valley, California 94552-9676.

18   **IT IS SO ORDERED.**

19

20  Dated: _____, 2019

                                        _____
21                                       U.S. DISTRICT COURT JUDGE

22

23

24

25

26

27

28
                                 - 2 -    [PROPOSED] ORDER GRANTING LEAVE TO
                                          OBTAIN DISCOVERY FOR USE IN FOREIGN
                                          PROCEEDINGS - Misc. Action No. _____