# Exhibit E

| CASE NO. | COURT | PLAINTIFF | DEFENDANTS | FILING DATE | PATENT-IN-SUIT | ACCUSED DEVICE/CHIP | BRIEFING (DUE) DATES | TRIAL DATE | NULLITY COMPLAINT |
|---|---|---|---|---|---|---|---|---|---|
| 7 O 14/19 | Regional Court Mannheim | Broadcom Corp., San Jose CA (Irvine, CA – acc. to the action filed) | Bayerische Motoren Werke Aktiengesellschaft BMW Bank GmbH | 02/12/2019 | EP 1 177 531 | BMW head units with GPU PowerVR SGX544 (Texas Instruments / Imagination Technologies) | 07/29/2019 (response filed by defendant) Other briefing due dates are stayed due to procedural events | Stayed until a first instance decision in the corresponding nullity proceeding filed by BMW; decision to stay the proceedings appealed by plaintiff | 7 Ni 81/19 filed by BMW 07/29/2019 |
| 7 O 83/19 | Regional Court Mannheim | Avago Technologies International Sales Pte. Limited (Singapore) | BMW AG BMW Bank GmbH | 07/19/2019 | EP 1 316 181 | BMW head units with Ethernet switch KSZ8864RMNU (Microchip, formerly Micrel) | 02/12/2019 (response by defendant) | 05/15/2020 | Filing due 02/12/2019 |
| 327 O 272/19 | Regional Court Hamburg | Avago Technologies International Sales Pte. Limited (Singapore) | BMW AG BMW Bank GmbH | 08/02/2019 | EP 1 931 052 | BMW head units with Wifi/Bluetooth SoC 88W8787 (Marvell) | 11/27/2019 (response by defendant) | Not set yet | Filing due 11/27/2019 |
| 7 O 17/19 | Regional Court Mannheim | Broadcom Corp, Irvine, CA | Autohaus Entenmann GmbH & Co. KG | 02/12/2019 | EP 1 177 531 | BMW head units with GPU PowerVR SGX544 (Texas Instruments / Imagination Technologies) | 07/29/2019 (response filed by defendant) | Stayed until a first instance decision in the nullity proceeding re. the nullity complaint filed by BMW | 7 Ni 81/19 filed by BMW 07/29/2019 |
| 7 O 85/19 | Regional Court Mannheim | Avago Technologies International Sales Pte. Limited (Singapore) | Autohaus Krauth GmbH & Co. KG | 07/25/2019 | EP 1 316 181 | BMW head units with Ethernet switch KSZ8864RMNU (Microchip, formerly Micrel) | 02/12/2019 (response by defendant) | 05/15/2020 | filed by Daimler AG 01/08/2019 |

1

| CASE NO. | COURT | PLAINTIFF | DEFENDANTS | FILING DATE | PATENT-IN-SUIT | ACCUSED DEVICE/CHIP | BRIEFING (DUE) DATES | TRIAL DATE | NULLITY COMPLAINT |
|---|---|---|---|---|---|---|---|---|---|
| 327 O 286/19 | Regional Court Hamburg | Avago Technologies International Sales Pte. Limited (Singapore) | Autohaus May & Olde GmbH | 08/14/2019 | EP 1 931 052 | BMW head units with Wifi/Bluetooth SoC 88W8787 (Marvell Avastar 88W8787 SoC) | 11/27/2019 (response by defendant) | Not set yet | 6 Ni 14/18 filed by Harman Becker 09/02/2018 |

2

| CASE NO. | PLAINTIFF | DEFENDANT | FILING DATE | PATENT NO. | NULLITY |
|---|---|---|---|---|---|
| 2 O 32/18 | Avago Techs. Int'l Sales Pie. Ltd. | Nintendo of Europe GmbH | 03/14/2018 | EP 1 365 385 | No 4 Ni 20/19 (EP) joined with 4 Ni 27/19 (EP) |
| 2 O 35/18 | Avago Techs. Int'l Sales Pte. Ltd. | Nintendo of Europe GmbH | 03/16/2018 | EP 1 260 910 | No 6 Ni 35/18 |
| 7 O 62/18 | Broadcom Corp. | Nintendo of Europe GmbH | 05/25/2018 | EP 1 177 531 | No 7 Ni 28/19 (EP) joined with No 7 Ni 35/19 (EP) |
| 2 O 83/18 | Avago Techs. Int'l/ Sales Pte. Ltd. | Nintendo of Europe GmbH | 06/13/2018 | EP 1 385 339 | No 7 Ni 39/19 (EP) |

1

| CASE NO. | COURT | PLAINTIFF | DEFENDANTS | FILING DATE | PATENT-IN-SUIT | ACCUSED DEVICE/CHIP | BRIEFING (DUE) DATES | TRIAL DATE | NULLITY COMPLAINT |
|---|---|---|---|---|---|---|---|---|---|
| 7 O 16/19 | Regional Court Mannheim | Broadcom Corporation | Daimler AG Mercedes-Benz Leasing GmbH | | EP 1 177 531 | GPU PowerVR SGX544 (Texas Instruments / Imagination Technologies) | 01/08/2019 (response filed by defendant) | | 7 Ni 81/19 filed by BMW 07/29/2019; 2 Ni 29/17 filed by Sony (withdrawn); 7 Ni 28/19 filed by Harman Becker (Daimler joined as plaintiff); 7 Ni 35/19 filed by Nvidia; 2 Ni 18/17 filed by ASUS (withdrawn); 2 Ni 7/18 filed by Audi/VW (withdrawn) |

1

| CASE NO. | COURT | PLAINTIFF | DEFENDANTS | FILING DATE | PATENT-IN-SUIT | ACCUSED DEVICE/CHIP | BRIEFING (DUE) DATES | TRIAL DATE | NULLITY COMPLAINT |
|---|---|---|---|---|---|---|---|---|---|
| 7 O 33/19 | Regional Court Mannheim | Avago Technologies International Sales Pte. Limited (Singapore) | Daimler AG Mercedes-Benz Leasing GmbH | 3/28/2019 | EP 1 316 181 | | 01/08/2019 (response filed by defendant) | Hearing 01/17/2020 | Filed 01/08/2019 by Daimler AG |

1

| CASE NO. | COURT | PLAINTIFF | DEFENDANTS | FILING DATE | PATENT-IN-SUIT | ACCUSED DEVICE/CHIP | BRIEFING (DUE) DATES | TRIAL DATE | NULLITY COMPLAINT |
|---|---|---|---|---|---|---|---|---|---|
| 327 O 266/19 | Regional Court Hamburg | Avago Technologies International Sales Pte. Limited (Singapore) | Daimler AG Mercedes-Benz Leasing GmbH | | EP 1 931 052 | Chip: Marvell Avastar 88W8787 SoC | | | 6 Ni 14/18 filed by Harman Becker 09/02/2018 |

1

| CASE NO. | COURT | PLAINTIFF | DEFENDANTS | FILING DATE | PATENT-IN-SUIT | ACCUSED DEVICE/CHIP | BRIEFING (DUE) DATES | TRIAL DATE | NULLITY COMPLAINT |
|---|---|---|---|---|---|---|---|---|---|
| 7 O 167/17 | Regional Court Mannheim | Avago Technologies International Sales Pte. Limited (Singapore) | Audi AG Volkswagen AG | 9/20/2017 | EP 1 931 052 | Chip: Marvell Avastar 88W8787 SoC | 07/11/2018 action withdrawn | No hearing scheduled due to withdrawal of the action | Filed 09/02/2018 by Harman Becker Automotive Systems GmbH 6 Ni 14/18 |
| 7 O 190/17 | Regional Court Mannheim | Broadcom Corporation | Audi AG | 10/17/2017 | EP 1 177 531 | | Action withdrawn | | 7 Ni 81/19 filed by BMW 07/29/2019; 2 Ni 29/17 filed by Sony (withdrawn); 7 Ni 28/19 filed by Harman Becker (Daimler joined as plaintiff); 7 Ni 35/19 filed by Nvidia; 2 Ni 18/17 filed by ASUS (withdrawn); 2 Ni 7/18 filed by Audi/VW (withdrawn) |
| 7 O 191/17 | Regional Court Mannheim | Broadcom Corporation | Volkswagen AG | 10/17/2017 | EP 1 177 531 | | Action withdrawn | | 7 Ni 81/19 filed by BMW 07/29/2019; 2 Ni 29/17 filed by Sony (withdrawn); 7 Ni 28/19 filed by Harman Becker (Daimler joined as plaintiff); 7 Ni 35/19 filed by Nvidia; |

1

| CASE NO. | COURT | PLAINTIFF | DEFENDANTS | FILING DATE | PATENT-IN-SUIT | ACCUSED DEVICE/CHIP | BRIEFING (DUE) DATES | TRIAL DATE | NULLITY COMPLAINT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2 Ni 18/17 filed by ASUS (withdrawn); 2 Ni 7/18 filed by Audi/VW (withdrawn) |