# EXHIBIT B

 

(19) Europäisches Patentamt / European Patent Office / Office européen des brevets

(11) **EP 1 931 052 B1**

(12) **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention of the grant of the patent:
02.05.2012 Bulletin 2012/18

(51) Int Cl.:
*H04B 1/40* (2006.01)

(21) Application number: 07013399.6

(22) Date of filing: 09.07.2007

(54) **Method and system for sharing LNA circuitry in a single chip bluetooth and wireless LAN system**

Verfahren und System zur gemeinsamen Benutzung eines LNA-Schaltkreises in einem Ein-Chip-Bluetooth- und einem drahtlosen LAN-System

Procédé et système pour partager un circuit LNA dans un système LAN sans fil et Bluetooth à puce unique

(84) Designated Contracting States:
DE FR GB

(30) Priority: 06.12.2006 US 868818 P
12.01.2007 US 622551

(43) Date of publication of application:
11.06.2008 Bulletin 2008/24

(73) Proprietor: **Broadcom Corporation**
Irvine, CA 92617 (US)

(72) Inventors:
• Ojo, Adedayo
  Irvine
  CA 92617 (US)
• Marholev, Bojko
  Irvine
  CA 92617 (US)
• Khorram, Shahla
  Irvine
  CA 92617 (US)

(74) Representative: **Jehle, Volker Armin et al**
Bosch Jehle Patentanwaltsgesellschaft mbH
Flüggenstrasse 13
80639 München (DE)

(56) References cited:
WO-A1-2004/036777    US-A1- 2004 162 023
US-A1- 2006 068 837    US-A1- 2006 199 562

EP 1 931 052 B1

Note: Within nine months of the publication of the mention of the grant of the European patent in the European Patent Bulletin, any person may give notice to the European Patent Office of opposition to that patent, in accordance with the Implementing Regulations. Notice of opposition shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

1                               EP 1 931 052 B1                               2

## Description

### FIELD OF THE INVENTION

[0001] Certain embodiments of the invention relate to electronic power amplification. More specifically, certain embodiments of the invention relate to a method and system for sharing low noise amplifier (LNA) circuitry in a single chip Bluetooth and wireless local area network (WLAN) system.

### BACKGROUND OF THE INVENTION

[0002] As mobile, wireless, and/or handheld portable devices increasingly become multifunctional, "all-in-one," communication devices, these handheld portable devices integrate an increasingly wide range of functions for handling a plurality of wireless communication services. For example, a single handheld portable device may enable Bluetooth communications and wireless local area network (WLAN) communications.

[0003] Much of the front end processing for wireless communications services is performed in analog circuitry. Front end processing within a portable device may comprise a range of operations that involve the reception of radio frequency (RF) signals, typically received via an antenna that is communicatively coupled to the portable device. Receiver tasks performed on an RF signal may include demodulation, filtering, and analog to digital conversion (ADC), for example. Noise considerations may be important since the strength of the received RF signal may be low. The resulting front-end processed signal may be referred to as a baseband signal. The baseband signal typically contains digital data, which may be subsequently processed in digital circuitry within the portable device.

[0004] Front end processing within a portable device may also include transmission of RF signals. Transmitter tasks performed on a baseband signal may include digital to analog conversion (DAC), filtering, modulation, and power amplification (PA), for example. The power amplified, RF signal, is typically transmitted via an antenna that is communicatively coupled to the portable device by some means. The antenna utilized for receiving an RF signal at a portable device may or may not be the same antenna that is utilized for transmitting an RF signal from the portable device.

[0005] One limitation in the inexorable march toward increasing integration of wireless communications services in a single portable device is that the analog RF circuitry for each separate wireless communication service may be implemented in a separate integrated circuit (IC) device (or chip). This may result in a number of disadvantages and/or limitations in such portable devices. For example, the increasing chip count may limit the extent to which the physical dimensions of the portable device may be miniaturized. Thus, the increasing integration may result in physically bulky devices, which may be less appealing to consumer preferences. The chip count may be further increased due to the need to replicate ancillary circuitry associated with each RF IC. For example, each RF IC may require separate low noise amplifier (LNA) circuitry, separate PA circuitry, and separate crystal oscillator (XO) circuitry for generation of clocking and timing signals within each RF IC. Similar replication may occur for digital IC devices utilized for processing of baseband signals from each separate wireless communication service.

[0006] Along with an increasing IC component count, there may also be a corresponding rise in power consumption within the portable device. This may present another set of disadvantages, such as increased operating temperature, and reduced battery life between recharges.

[0007] Further limitations and disadvantages of conventional and traditional approaches will become apparent to one of skill in the art, through comparison of such systems with some aspects of the present invention as set forth in the remainder of the present application with reference to the drawings.

[0008] WO 2004/036777 describes an electric circuit suitable for use as a radio receiver or part of a radio receiver, the electric circuit comprising amplification means, frequency mixer means, and filter means, wherein the frequency mixer means is configurable to down-convert a wanted component of the amplified input signal to one of at least two intermediate frequency bands, and the filter means is dynamically reconfigurable between a first filter configuration which provides a first operating mode, and a second filter configuration which provides a second operating mode.

[0009] According to the invention, there are provided a method for processing signals received via a communication medium as defined by independent claim 1 and a system for processing signals received via a communication medium as defined by independent claim 11.

[0010] Further advantageous features of the invention are defined by the dependent subclaims.

[0011] A method and system for sharing low noise amplifier (LNA) circuitry in a single chip Bluetooth and wireless local area network (WLAN) system, substantially as shown in and/or described in connection with at least one of the figures, as set forth more completely in the claims.

Advantageously, said second radio or second receiver is a WLAN radio or WLAN receiver.

Advantageously, said transconductance amplifier is integrated within said second radio or second receiver.

Advantageously, said first wireless protocol is Bluetooth.

Advantageously, said second wireless protocol is WLAN.

Advantageously, the method further comprises dynamically adjusting a gain in said shared LNA.

Advantageously, said first radio or first receiver is a Bluetooth radio or Bluetooth receiver.

Advantageously, the method further comprises, when receiving said signal for said first wireless protocol, communicating said received signal from said shared LNA to a subsequent LNA load integrated within said first radio or first receiver via said transconductance amplifier.

Advantageously, the method further comprises' dynamically adjusting a gain in said transconductance amplifier and subsequent LNA load.

Advantageously, the method further comprises, when receiving said signal for said second wireless protocol, communicating said received signal from said shared LNA to a subsequent LNA integrated within a second radio or second receiver in said chip used for processing said signal for said second wireless protocol.

Advantageously, the method further comprises dynamically adjusting a gain in said subsequent LNA integrated within said second radio or second receiver.

Advantageously, said second radio or second receiver is a WLAN radio or WLAN receiver.

Advantageously, said transconductance amplifier is integrated within said second radio or second receiver.

Advantageously, said first wireless protocol is Bluetooth.

Advantageously, said second wireless protocol is WLAN.

Advantageously, said chip enables dynamic adjustment of a gain in said shared LNA.

Advantageously, said first radio or first receiver is a Bluetooth radio or Bluetooth receiver.

Advantageously, said chip enables, when receiving said signal for said first wireless protocol; communication of said received signal from said shared LNA to a subsequent LNA load integrated within said first radio or first receiver via said transconductance amplifier.

Advantageously, said chip enables dynamic adjustment a gain in said transconductance amplifier and subsequent LNA load.

Advantageously, said chip enables, when receiving said signal for said second wireless protocol, communication of said received signal from said shared LNA to a subsequent LNA integrated within a second radio or second receiver in said chip used for processing said signal for said second wireless protocol.

Advantageously, said chip enables dynamic adjustment of a gain in said subsequent LNA integrated within said second radio or second receiver.

[0012] These and other advantages, aspects and novel features of the present invention, as well as details of an illustrated embodiment thereof, will be more fully understood from the following description and drawings.

BRIEF DESCRIPTION OF SEVERAL VIEWS OF THE DRAWINGS

[0013] FIG. 1 is a block diagram illustrating and exemplary mobile terminal, in accordance with an embodiment of the invention.

[0014] FIG. 2 is a block diagram illustrating parallel receiving paths in a single chip comprising WLAN and Bluetooth radios, in accordance with an embodiment of the invention.

[0015] FIG. 3 is a block diagram illustrating a shared LNA circuitry for receiving WLAN and Bluetooth signals via a single antenna, in accordance with an embodiment of the invention.

[0016] FIG. 4 is a circuit diagram illustrating an LNA transconductance amplifier, transmission line model and an LNA load for a second amplification stage for received Bluetooth signals, in accordance with an embodiment of the invention.

[0017] FIG. 5 is a flow diagram illustrating exemplary steps for utilizing a shared LNA circuitry for receiving WLAN and Bluetooth signals via a single antenna, in accordance with an embodiment of the invention.

DETAILED DESCRIPTION OF THE INVENTION

[0018] Certain embodiments of the invention may be found in a method and system for sharing low noise amplifier (LNA) circuitry in a single chip Bluetooth and wireless local area network (WLAN) system. Aspects of the system may comprise a chip with integrated WLAN and Bluetooth radios. RF signals may be received via a single antenna coupled to a shared low noise amplifier (LNA) integrated in chip. When WLAN signals are received they are communicated from the shared LNA to a subsequent WLAN amplification stage integrated within the WLAN radio. When Bluetooth signals are received they are communicated from the shared LNA to a subsequent Bluetooth amplification stage that comprises a transconduct-

ance amplifier integrated within the WLAN radio and an LNA load integrated within the Bluetooth radio. The LNA load may comprise cascade devices, an inductor, and a switched capacitor array, for example. Gains in the LNAs including, for example, shared LNAs, the cascaded transconductance amplifier and LNA load, and/or the subsequent WLAN LNA amplification stage may be dynamically adjusted. Outputs from the subsequent amplification stages may be communicated to mixers for further processing.

[0019] FIG. 1 is a block diagram illustrating and exemplary mobile terminal that comprises a single chip WLAN and Bluetooth radio, in accordance with an embodiment of the invention. Referring to FIG. 1, there is shown a wireless terminal 120 that may comprise an RF receiver 123a, an RF transmitter 123b, a digital baseband processor 129, a processor 125, and a memory 127. The wireless terminal 120 may enable communicating via a wireless local area network (WLAN) and a Bluetooth network. In an embodiment of the invention, the RF receiver 123a and the RF transmitter 123b may be integrated into a single RF transceiver 122, for example. The RF receiver 123a and the RF transmitter 123b may be integrated into a single chip that comprises a WLAN radio and a Bluetooth radio, for example. The single chip comprising WLAN and Bluetooth radios may be implemented utilizing a single CMOS substrate, for example.

[0020] A single transmit and receive antenna 121 may be communicatively coupled to the RF receiver 123a and the RF transmitter 123b. In this regard, the single transmit and receive antenna 121 may enable WLAN and Bluetooth transmission and/or reception, for example. A switch or other device having switching capabilities may be coupled between the RF receiver 123a and RF transmitter 123b, and may be utilized to switch the antenna between transmit and receive functions. The wireless terminal 120 may be operated in a system, such as a Wireless Local Area Network (WLAN), a cellular network, a digital video broadcast network, and/or a Wireless Personal Area Network (WPAN) such as a Bluetooth network, for example. In this regard, the wireless terminal 120 may support a plurality of wireless communication protocols, including the IEEE 802.11g/n standard specifications for WLAN networks.

[0021] The RF receiver 123a may comprise suitable logic, circuitry, and/or code that may enable processing of received RF signals. The RF receiver 123a may enable receiving RF signals in a plurality of frequency bands in accordance with the wireless communications protocols that may be supported by the wireless terminal 120. Each frequency band supported by the RF receiver 123a may have a corresponding front-end circuit for handling low noise amplification and down conversion operations, for example. In this regard, the RF receiver 123a may be referred to as a multi-band receiver when it supports more than one frequency band. In another embodiment of the invention, the wireless terminal 120 may comprise more than one RF receiver 123a, wherein each of the RF receiver 123a may be a single-band or a multi-band receiver. The RF receiver 123a may be implemented on a chip. In an embodiment of the invention, the RF receiver 123a may be integrated with the RF transmitter 123b on a chip to comprise an RF transceiver, for example. In another embodiment of the invention, the RF receiver 123a may be integrated on a chip with more than one component in the wireless terminal 120.

[0022] The RF receiver 123a may quadrature down convert the received RF signal to a baseband frequency signal that comprises an in-phase (I) component and a quadrature (Q) component. The RF receiver 123a may perform direct down conversion of the received RF signal to a baseband frequency signal, for example. In some instances, the RF receiver 123a may enable analog-to-digital conversion of the baseband signal components before transferring the components to the digital baseband processor 129. In other instances, the RF receiver 123a may transfer the baseband signal components in analog form.

[0023] The digital baseband processor 129 may comprise suitable logic, circuitry, and/or code that may enable processing and/or handling of baseband frequency signals. In this regard, the digital baseband processor 129 may process or handle signals received from the RF receiver 123a and/or signals to be transferred to the RF transmitter 123b, when the RF transmitter 123b is present, for transmission to the network. The digital baseband processor 129 may also provide control and/or feedback information to the RF receiver 123a and to the RF transmitter 123b based on information from the processed signals. The digital baseband processor 129 may communicate information and/or data from the processed signals to the processor 125 and/or to the memory 127. Moreover, the digital baseband processor 129 may receive information from the processor 125 and/or to the memory 127, which may be processed and transferred to the RF transmitter 123b for transmission to the network. In an embodiment of the invention, the digital baseband processor 129 may be integrated on a chip with more than one component in the wireless terminal 120.

[0024] The RF transmitter 123b may comprise suitable logic, circuitry, and/or code that may enable processing of RF signals for transmission. The RF transmitter 123b may enable transmission of RF signals in a plurality of frequency bands. Each frequency band supported by the RF transmitter 123b may have a corresponding front-end circuit for handling amplification and up conversion operations, for example. In this regard, the RF transmitter 123b may be referred to as a multi-band transmitter when it supports more than one frequency band. In another embodiment of the invention, the wireless terminal 120 may comprise more than one RF transmitter 123b, wherein each of the RF transmitter 123b may be a single-band or a multi-band transmitter. The RF transmitter 123b may be implemented on a chip. In an embodiment of the invention, the RF transmitter 123b may be integrated with the RF receiver 123a on a chip to comprise

an RF transceiver, for example. In another embodiment of the invention, the RF transmitter 123b may be integrated on a chip with more than one component in the wireless terminal 120.

[0025] The RF transmitter 123b may quadrature up convert the baseband frequency signal comprising I/Q components to an RF signal. The RF transmitter 123b may perform direct up conversion of the baseband frequency signal to a baseband frequency signal, for example. In some instances, the RF transmitter 123b may enable digital-to-analog conversion of the baseband signal components received from the digital baseband processor 129 before up conversion. In other instances, the RF transmitter 123b may receive baseband signal components in analog form.

[0026] The processor 125 may comprise suitable logic, circuitry, and/or code that may enable control and/or data processing operations for the wireless terminal 120. The processor 125 may be utilized to control at least a portion of the RF receiver 123a, the RF transmitter 123b, the digital baseband processor 129, and/or the memory 127. In this regard, the processor 125 may generate at least one signal for controlling operations within the wireless terminal 120. The processor 125 may also enable executing of applications that may be utilized by the wireless terminal 120. For example, the processor 125 may generate at least one control signal and/or may execute applications that may enable current and proposed WLAN communications and/or Bluetooth communications in the wireless terminal 120.

[0027] The memory 127 may comprise suitable logic, circuitry, and/or code that may enable storage of data and/or other information utilized by the wireless terminal 120. For example, the memory 127 may be utilized for storing processed data generated by the digital baseband processor 129 and/or the processor 125. The memory 127 may also be utilized to store information, such as configuration information, that may be utilized to control the operation of at least one block in the wireless terminal 120. For example, the memory 127 may comprise information necessary to configure the RF receiver 123a for receiving WLAN and/or Bluetooth signals in the appropriate frequency band.

[0028] FIG. 2 is a block diagram illustrating parallel receiving paths in a single chip comprising WLAN and Bluetooth radios, in accordance with an embodiment of the invention. Referring to FIG. 2, there is shown an exemplary portion 200 of the wireless terminal 120 that comprises a single antenna 201, a transmit/receive (T/R) switch 204, and a radio chip 202. The radio chip 202 may comprise a WLAN radio 203 and a Bluetooth radio 205. The radio chip 202 may provide RF signal transmission and reception operations for Bluetooth and WLAN signals via the T/R switch 204. In this regard, the radio chip 202 may perform at least a portion of the operations supported by the RF receiver 123a and/or the RF transmitter 123b disclosed in FIG. 1.

[0029] The WLAN radio 203 may comprise a low noise amplifier (LNA) 209A that may comprise suitable logic and/or circuitry for amplification of a signal received via the single antenna 201 and through the T/R switch 204. The Bluetooth radio 205 may comprise suitable logic and/or circuitry that may enable amplification of a signal received via the single antenna 201 and through the T/R switch 204. The configuration shown in FIG. 2 may correspond to that of parallel receiving paths with a first parallel path resulting in a portion of the received signal power being communicated to the WLAN radio 203 and a second parallel path resulting in a remaining portion of the received signal power being communicated to the Bluetooth radio 205. Also shown in FIG. 2 are the impedance or load values for the LNAs 209A and 209B. For example, for the LNA 209A in the WLAN radio 203 the input impedance 207A may be approximately 100 $\Omega$. Similarly, for the Bluetooth radio 205, the input impedance 207B may be approximately 100 $\Omega$.

[0030] In operation, when a signal is received via the single antenna 201, a portion of the received signal may be communicated to the LNA 209A in the WLAN radio 203 and a remaining portion may be communicated to the Bluetooth radio 205. Since the input impedances to the LNAs are approximately the same, the received signal power may be divided between the WLAN radio 203 and Bluetooth radio 205. In this regard, implementing parallel receiving paths in the radio chip 202 for the WLAN radio and the Bluetooth radio may significantly reduce the strength of the signal that is received at the input of the first amplification stage that is provided by the integrated LNAs.

[0031] FIG. 3 is a block diagram illustrating a shared LNA circuitry for receiving WLAN and Bluetooth signals via a single antenna, in accordance with an embodiment of the invention. Referring to FIG. 3, there is shown an exemplary portion 300 of the wireless terminal 120 that comprises a single antenna 301, a transmit/receive (T/R) switch 307, and a radio chip 302. The radio chip 302 may comprise a WLAN radio 303 and a Bluetooth radio 305. The radio chip 302 may provide RF signal transmission and reception operations for Bluetooth and WLAN signals. In this regard, the radio chip 302 may perform at least a portion of the operations supported by the RF receiver 123a and/or the RF transmitter 123b disclosed in FIG. 1.

[0032] The WLAN radio 303 may comprise suitable logic, circuitry, and/or code that may enable transmission and/or reception of RF signals. The WLAN radio 303 may comprise a shared LNA 308, a WLAN LNA 313, and a transconductance amplifier (TCA) 315A. The shared LNA 308 may comprise suitable logic and/or circuitry for amplification of signals received via the single antenna 201 through the T/R switch 307. The shared LNA 308 may be integrated into a portion of the radio chip 302 that corresponds to a WLAN radio. The T/R switch 307 may comprise suitable logic, circuitry, and/or code that may enable utilizing a single antenna for transmission and/or reception of signals by the wireless terminal 120. The

shared LNA 308 may provide a first amplification stage or first level of amplification for both WLAN and Bluetooth signals, received via the single antenna 301. The WLAN LNA 313 may comprise suitable logic, circuitry, and/or code that may enable further amplification of WLAN signals. The WLAN LNA 313 may correspond to a second or subsequent amplification stage or second level of amplification for WLAN signals after the first amplification stage that is provided by the shared LNA 308. Like the shared LNA 308, the WLAN LNA 313 may also be integrated into a portion of the radio chip 302 that corresponds to a WLAN radio. The output of the WLAN LNA 313 may be communicated to other portions of the WLAN radio 303, such as frequency mixers, for example, for further processing of the WLAN signals.

[0033] The TCA 315A in combination with the BT LNA Load 315B on the Bluetooth radio 305 may provide a second level of amplification or second amplification stage 312 for Bluetooth signals after the first level of amplification provided by the shared LNA 308. The TCA 315A may be integrated into a portion of the radio chip 302 that corresponds to a Bluetooth radio. The TCA 315A may comprise suitable logic and/or circuitry that may enable voltage-to-current conversion of Bluetooth signals received from the shared LNA 308. The output of the TCA 315A may be communicated to the Bluetooth radio 305 via a transmission line connection or trace. The connection or trace may be illustrated by an RLC transmission line pi-model that comprises parasitic components such as resistance (R) 317, inductance (L) 319, capacitance (C1) 321A, and capacitance (C2) 321B, for example.

[0034] In an embodiment of the invention, the gain of the shared LNA 308, the WLAN LNA 313, and/or the combination of the TCA 315A and the BT LNA load 315B may be dynamically adjusted. In this regard, the BT LNA load 315 may provide the dynamic gain control capability and may also channel frequency programmability via variable capacitors. For example, the processor 125 and/or the digital baseband processor 129 disclosed in FIG. 1 may be utilized to determine whether a gain needs adjustment and to generate the appropriate control signals to implement any adjustment that may be necessary. Moreover, the shared LNA 308, the WLAN LNA 313, and/or the TCA 315A may be enabled or disabled in accordance with the operations of the WLAN radio 303. For example, components within the WLAN radio 303 may be disabled when not in use in order to reduce power consumption. The shared LNA 308, the WLAN LNA 313, and/or the TCA 315A may be implemented by utilizing more than one stage, for example.

[0035] The Bluetooth radio 305 may comprise a Bluetooth (BT) LNA load 315B. The BT LNA load 315B may comprise suitable logic and/or circuitry that provides current to voltage conversion which in combination with the operation of the TCA 315A enables amplification of Bluetooth signals received from shared LNA 308. The BT LNA load 315B may utilize cascade devices, at least one inductor, and a switched/variable capacitor array, for example. The second level of amplification or second amplification stage 312 for Bluetooth signals may be provided by the TCA 315A integrated within the WLAN radio 303 and the BT LNA load 315B integrated within the Bluetooth radio 305. In this regard, the combined operation of the TCA 315A and the BT LNA load 315B may be substantially the same as that of a low noise amplifier. The output of the BT LNA load 315B may be communicated to other portions of the Bluetooth radio 305, such as the frequency mixers 323 and 325, for example, for further processing of the Bluetooth signals.

[0036] Since the shared LNA 308 drives both the second amplification level for the WLAN signals and for the Bluetooth signals, if the second amplification level or stage for the Bluetooth signals, that is the TCA 315A and the BT LNA load 315B, was placed on the Bluetooth radio then the shared LNA 308 may have to drive the output voltages over a long transmission line which may result in significant signal loss. A long transmission line may also present too large a capacitive loading to inductances in the shared LNA 308. By placing the TCA 315A of a corresponding Bluetooth low noise amplification in the WLAN radio, the shared LNA 308 may have a much reduced load. The TCA 315A may then be utilized to drive the long transmission line to the Bluetooth radio 305 into the BT LNA load 315B. This approach may significantly reduce the power consumption of the shared LNA 308 as may be specified by design requirements.

[0037] In an embodiment of the invention, the BT LNA load 315B may be enabled or disabled in accordance with the operations of the Bluetooth radio 305. For example, components within the Bluetooth radio 305 may be disabled when not in use in order to reduce power consumption. The BT LNA load 315B may be implemented by utilizing more than one stage, for example.

[0038] In operation, RF signals may be received via the single antenna 301 and through the T/R switch 307. The received RF signals may be first amplified by the shared LNA 308 in the WLAN radio 303 within the radio chip 302. In this regard, the shared LNA 308 may provide the first amplification stage to WLAN and Bluetooth signals. The configuration shown in FIG. 3 may differ from the parallel receiving paths disclosed in FIG. 2 in that there need not be a signal strength reduction since the received RF signals are communicated to a single LNA for a first amplification stage.

[0039] After the first amplification stage, WLAN signals may be amplified by the WLAN LNA 313. In this regard, the path provided by the TCA 315A and the BT LNA load 315B for subsequent amplification of Bluetooth signals may be disabled, for example. After a second amplification stage is provided to WLAN signals by the WLAN LNA 313, the WLAN signals may be communicated to other portions of the WLAN radio 303 for further processing.

[0040] Similarly, after the first amplification stage, Bluetooth signals may be amplified by a second amplification stage 312 that comprises the TCA 315A and the

BT LNA load 315B. In this regard, the path provided by the WLAN LNA 313 for subsequent amplification of WLAN signals may be disabled, for example. After a second amplification of the Bluetooth signals is provided by the second amplification stage 312, the Bluetooth signals may be communicated to other portions of the Bluetooth radio 305 for further processing.

[0041] FIG. 4 is a circuit diagram illustrating an LNA transconductance amplifier, transmission line model and an LNA load for a second amplification stage for received Bluetooth signals, in accordance with an embodiment of the invention. Referring to FIG. 4, there is shown a second amplification stage 400 for Bluetooth signals. The second amplification stage 400 may comprise a transconductance amplifier (TCA) 402 and an BT LNA load 420. The TCA 402 may be integrated within a WLAN radio in a single WLAN and Bluetooth radio chip, such as the radio chip 302 disclosed in FIG. 3. In this regard, the TCA 402 may correspond to the TCA 315A, for example. The BT LNA load 420 may be integrated within a Bluetooth radio in a single WLAN and Bluetooth radio chip, such as the radio chip 302. In this regard, the BT LNA load 420 may correspond to the BT LNA load 315B, for example.

[0042] The TCA 402 may comprise a differential pair that utilizes transistors 403 and 407 for conversion of the differential output voltage (V) from the shared LNA 308 to a current signal that may be communicated to the BT LNA load 420. The TCA 402 may utilize a reference current (REF1) for providing the appropriate gain. The gain of the TCA 402 may be dynamically adjusted in accordance to the operations of the WLAN radio 303, for example. The parasitic components R1 411, L1 413, C1 415A, and C2 415B may correspond to an RLC pi-model of the parasitic effects that occur as a result of the connection or trace between the drain of transistor 403 in the TCA 402 and the source of transistor 423 in the BT LNA load 420. Similarly, the parasitic components R2 412, L2 414, C3 416A, and C4 416B may correspond to an RLC pi-model of the parasitic effects that occur as a result of the connection or trace between the drain of transistor 407 in the TCA 402 and the source of transistor 417 in the BT LNA load 420.

[0043] The BT LNA load 420 may comprise a differential pair that utilizes transistors 417 and 423 for conversion of the differential output current from the TCA 402 to a voltage signal that may be communicated to the mixers 425 and 427. The BT LNA load 420 may utilize an inductance (L3) 419 and a resistance (R3) 421 to achieve the current-to-voltage conversion. The BT LNA load 420 may utilize a reference signal (REF2) for providing an appropriate bias. Also shown are a variable capacitance (C5) 422A at the node driving the mixer 425 and a variable capacitance (C6) 422B at the node driving the mixer 427. The gain of the BT LNA load 420 may be dynamically adjusted in accordance with the operations of the Bluetooth radio 305, for example.

[0044] FIG. 5 is a flow diagram illustrating exemplary steps for utilizing a shared LNA circuitry for receiving WLAN and Bluetooth signals via a single antenna, in accordance with an embodiment of the invention. Referring to FIG. 5, there is shown a flow diagram 500. In step 504, after start step 502, the wireless terminal 120 may receive RF signals via a single antenna. The RF signals may be WLAN signals or Bluetooth signals. The RF signals received may be communicated to a radio chip in the wireless terminal 120. The radio chip may be, for example, the radio chip 302 in FIG. 3 which comprises the WLAN radio 303 and the Bluetooth radio 305.

[0045] In step 506, the shared LNA 308 integrated within the WLAN radio 303 may be shared by both WLAN signals and Bluetooth signals to improve upon the signal strength reduction effects that occur in a parallel receiving paths configuration. In this regard, the shared LNA 308 may provide a first amplification stage for WLAN and Bluetooth signals. In step 508, when the received signals are WLAN signals, the process may proceed to step 510. In step 510, the WLAN signals may be further amplified in a second amplification stage provided by the WLAN LNA 313 in the WLAN radio 303. Further processing within the WLAN radio 303 may be provided after the WLAN signals are amplified by the WLAN LNA 313. The TCA 402 in FIG. 4 may correspond to an exemplary embodiment of the TCA 315A in FIG. 3. After step 510, the process may proceed to WLAN end step 512.

[0046] Returning to step 508, when the received signals are Bluetooth signals, the process may proceed to step 514. In step 514, the Bluetooth signals may be further amplified by a second amplification stage 312 that may comprise operations provided by the TCA 315A integrated within the WLAN radio 303 and by the BT LNA load 315B integrated within the Bluetooth radio 305. In this regard, the BT LNA load 315B may correspond to a stage comprising cascade devices, at least one inductor, and a switched/variable capacitor array, for example. Further processing within the Bluetooth radio 305 may be provided after the Bluetooth signals are amplified by the TCA 315A and BT LNA load 315B. The BT LNA load 420 in FIG. 4 may correspond to an exemplary embodiment of the BT LNA load 315B in FIG. 3. After step 514, the process may proceed to Bluetooth end step 516.

[0047] In an embodiment of the invention, a system for processing signals received via a communication medium may include a chip, such as the chip 302 in FIG. 3, that may comprise a first radio or first receiver used for processing a signal for a first wireless protocol. In this regard, the first wireless protocol may be Bluetooth and the first radio or first receiver may be a Bluetooth radio or Bluetooth receiver, such as the Bluetooth radio 305. The chip may also comprise a shared LNA, such as the shared LNA 308, for example, that enables receiving the signal for the first wireless protocol and the signal for a second wireless protocol. The chip may also comprise a transconductance amplifier, such as the TCA 315A, for example, that is utilized to couple an output of the shared LNA to the first radio or first receiver.

[0048] The shared LNA may be integrated within a second radio or second receiver in the chip used for processing the signal for the second wireless protocol. In this regard, the second wireless protocol may be WLAN and the second radio or second receiver may be a WLAN radio or WLAN receiver, such as the WLAN radio 303. Similarly, the transconductance amplifier may also be integrated within the second radio or second receiver. The chip may enable dynamic adjustment of a gain in the shared LNA.

[0049] When receiving the signal for the first wireless protocol, the chip may enable communication of the received signal from the shared LNA to a subsequent LNA load integrated within the first radio or first receiver, such as the BT LNA load 315B, for example, via the transconductance amplifier. The chip may enable dynamic adjustment of a gain in the tranconductance amplifier and subsequent LNA load integrated within the first radio or first receiver. Moreover, when receiving the signal for the second wireless protocol, the chip may enable communication of the received signal from the shared LNA to a subsequent LNA integrated within the second radio or second receiver, such as the WLAN LNA 313, for example. The chip may enable dynamic adjustment of a gain in the subsequent LNA integrated within the second radio or second receiver.

[0050] Accordingly, the present invention may be realized in hardware, software, or a combination of hardware and software. The present invention may be realized in a centralized fashion in at least one computer system, or in a distributed fashion where different elements are spread across several interconnected computer systems. Any kind of computer system or other apparatus adapted for carrying out the methods described herein is suited. A typical combination of hardware and software may be a general-purpose computer system with a computer program that, when being loaded and executed, controls the computer system such that it carries out the methods described herein.

[0051] The present invention may also be embedded in a computer program product, which comprises all the features enabling the implementation of the methods described herein, and which when loaded in a computer system is able to carry out these methods. Computer program in the present context means any expression, in any language, code or notation, of a set of instructions intended to cause a system having an information processing capability to perform a particular function either directly or after either or both of the following: a) conversion to another language, code or notation; b) reproduction in a different material form.

[0052] While the present invention has been described with reference to certain embodiments, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted without departing from the scope of the present invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the present invention without departing from its scope. Therefore, it is intended that the present invention not be limited to the particular embodiment disclosed, but that the present invention will include all embodiments falling within the scope of the appended claims.

Claims

1. A method for processing signals received via a communication medium, the method comprising:

   receiving, via a shared LNA (308) integrated within a chip (302), a signal for a first wireless protocol and a signal for a second wireless protocol, wherein a transconductance amplifier (315A) within said chip (302) is utilized to couple an output of said shared LNA (308) to a first radio (305) or first receiver in said chip (302) used for processing said signal for said first wireless protocol;
   **characterized in that**
   said shared LNA (308) is integrated within a second radio (303) or second receiver in said chip (302) used for processing said signal for said second wireless protocol.

2. The method according to claim 1, wherein said second radio (303) or second receiver is a WLAN radio or WLAN receiver.

3. The method according to claim 1, wherein said transconductance amplifier (315A) is integrated within said second radio (303) or second receiver.

4. The method according to claim 1, wherein said first wireless protocol is Bluetooth.

5. The method according to claim 1, wherein said second wireless protocol is WLAN.

6. The method according to one of the preceding claims, wherein the method further comprises dynamically adjusting a gain in said shared LNA (308).

7. The method according to one of the preceding claims, wherein the method further comprises, when receiving said signal for said first wireless protocol, communicating said received signal from said shared LNA (308) to a subsequent LNA load integrated within said first radio (305) or first receiver via said transconductance amplifier (315A).

8. The method according to one of the preceding claims, wherein the method further comprises dynamically adjusting a gain in said transconductance amplifier (315A) and subsequent LNA load.

9. The method according to one of the preceding claims, wherein the method further comprises, when receiving said signal for said second wireless protocol, communicating said received signal from said shared LNA (308) to a subsequent LNA integrated within said second radio (303) or second receiver in said chip (302) used for processing said signal for said second wireless protocol.

10. The method according to one of the preceding claims, wherein the method further comprises dynamically adjusting a gain in said subsequent LNA integrated within said second radio (303) or second receiver.

11. A system for processing signals received via a communication medium, the system comprising:

    a chip (302) comprising a first radio (305) or first receiver used for processing a signal for a first wireless protocol; and
    said chip (302) comprises a shared LNA (308) that enables receiving said signal for said first wireless protocol and a signal for a second wireless protocol, wherein a transconductance amplifier (315A) within said chip (302) is utilized to couple an output of said shared LNA (308) to said first radio (305) or first receiver;
    **characterized in that**
    said shared LNA (308) is integrated within a second radio (303) or second receiver in said chip (302) used for processing said signal for said second wireless protocol.

12. The system according to claim 11, wherein said second radio (303) or second receiver is a WLAN radio or WLAN receiver.

13. The system according to claim 11, wherein said transconductance amplifier (315A) is integrated within said second radio (303) or second receiver.

14. The system according to claim 11, wherein said first radio (305) or first receiver is a Bluetooth radio or Bluetooth receiver.

**Patentansprüche**

1. Verfahren zum Verarbeiten von über ein Kommunikationsmedium empfangenen Signalen, wobei das Verfahren umfasst:

    - Empfangen, über einen in einem Chip (302) integrierten, gemeinsam genutzten LNA (Low-Noise Amplifier/ rauscharmen Verstärker) (308), eines Signals für ein erstes drahtloses Protokoll und eines Signals für ein zweites drahtloses Protokoll, wobei ein Transkonduktanzverstärker (315A) in dem Chip (302) genutzt wird, um einen Ausgang des gemeinsam genutzten LNA (308) mit einem ersten Funkgerät (305) oder ersten Empfänger in dem Chip (302) zu koppeln, der zum Verarbeiten des Signals für das erste drahtlose Protokoll verwendet wird,

    **dadurch gekennzeichnet, dass**

    - der gemeinsam genutzte LNA (308) in einem zweiten Funkgerät (303) oder zweiten Empfänger in dem Chip (302) integriert ist, der zum Verarbeiten des Signals für das zweite drahtlose Protokoll verwendet wird.

2. Verfahren nach Anspruch 1, wobei das zweite Funkgerät (303) oder der zweite Empfänger ein WLAN-Funkgerät oder WLAN-Empfänger ist.

3. Verfahren nach Anspruch 1, wobei der Transkonduktanzempfänger (315A) in dem zweiten Funkgerät (303) oder zweiten Empfänger integriert ist.

4. Verfahren nach Anspruch 1, wobei das erste drahtlose Protokoll Bluetooth ist.

5. Verfahren nach Anspruch 1, wobei das zweite drahtlose Protokoll WLAN ist.

6. Verfahren nach einem der vorhergehenden Ansprüche, wobei das Verfahren ferner das dynamische Anpassen einer Verstärkung in dem gemeinsam genutzten LNA (308) umfasst.

7. Verfahren nach einem der vorhergehenden Ansprüche, wobei das Verfahren, bei Empfang des Signals für das erste drahtlose Protokoll, ferner das Kommunizieren des empfangenen Signals von dem gemeinsam genutzten LNA (308) an eine nachgeschaltete LNA-Last, die im ersten Funkgerät (305) oder ersten Empfänger integriert ist, über den Transkonduktanzverstärker (315A) umfasst.

8. Verfahren nach einem der vorhergehenden Ansprüche, wobei das Verfahren ferner das dynamische Anpassen einer Verstärkung im Transkonduktanzverstärker (315A) und der nachgeschalteten LNA-Last umfasst.

9. Verfahren nach einem der vorhergehenden Ansprüche, wobei das Verfahren, bei Empfang des Signals für das zweite drahtlose Protokoll, ferner das Kommu-

nizieren des empfangenen Signals von dem gemeinsam genutzten LNA (308) an einen nachgeschalteten LNA umfasst, der im zweiten Funkgerät (303) oder zweiten Empfänger in dem Chip (302) integriert ist, der zum Verarbeiten des Signals für das zweite drahtlose Protokoll verwendet wird.

10. Verfahren nach einem der vorhergehenden Ansprüche,
wobei das Verfahren ferner das dynamische Anpassen einer Verstärkung im nachgeschalteten LNA umfasst, der in dem zweiten Funkgerät (303) oder zweiten Empfänger integriert ist.

11. System zum Verarbeiten von über ein Kommunikationsmedium empfangenen Signalen, wobei das System umfasst:

    - einen ein erstes Funkgerät (305) oder ersten Empfänger umfassenden Chip (302), der zum Verarbeiten eines Signals für ein erstes drahtloses Protokoll verwendet wird, und
    - wobei der Chip (302) einen gemeinsam genutzten LNA (308) umfasst, der das Empfangen des Signals für das erste drahtlose Protokoll und eines Signals für ein zweites drahtloses Protokoll ermöglicht, wobei ein Transkondaktanzverstärker (315A) in dem Chip (302) dazu genutzt wird, einen Ausgang des gemeinsam genutzten LNA (308) mit dem ersten Funkgerät (305) oder ersten Empfänger zu koppeln,

    **dadurch gekennzeichnet, dass**

    - der gemeinsam genutzte LNA (308) in einem zweiten Funkgerät (303) oder zweiten Empfänger in dem Chip (302) integriert ist, der zum Verarbeiten des Signals für das zweite drahtlose Protokoll verwendet wird.

12. System nach Anspruch 11,
wobei das zweite Funkgerät (303) oder der zweite Empfänger ein WLAN-Funkgerät oder WLAN-Empfänger ist.

13. System nach Anspruch 11,
wobei der Transkonduktanzempfänger (315A) in dem zweiten Funkgerät (303) oder zweiten Empfänger integriert ist.

14. System nach Anspruch 11,
wobei das erste Funkgerät (305) oder der erste Empfänger ein Bluetooth-Funkgerät oder Bluetooth-Empfänger ist.

**Revendications**

1. Procédé de traitement de signaux reçus par l'intermédiaire d'un support de communication, le procédé comprenant :

    la réception, par l'intermédiaire d'une LNA partagée (308) intégrée au sein d'une puce (302), d'un signal pour un premier protocole sans fil et d'un signal pour un deuxième protocole sans fil, dans lequel un amplificateur à transconductance (315A) au sein de ladite puce (302) est utilisé pour coupler une sortie de ladite LNA partagée (308) à une première radio (305) ou un premier récepteur dans ladite puce (302) utilisé(e) pour traiter ledit signal pour ledit premier protocole sans fil ;
    **caractérisé en ce que**
    ladite LNA partagée (308) est intégrée au sein d'une deuxième radio (303) ou d'un deuxième récepteur dans ladite puce (302) utilisé(e) pour traiter ledit signal pour ledit deuxième protocole sans fil.

2. Procédé selon la revendication 1, dans lequel ladite deuxième radio (303) ou ledit deuxième récepteur est une radio WLAN ou un récepteur WLAN.

3. Procédé selon la revendication 1, dans lequel ledit amplificateur à transconductance (315A) est intégré au sein de ladite deuxième radio (303) ou dudit deuxième récepteur.

4. Procédé selon la revendication 1, dans lequel ledit premier protocole sans fil est le Bluetooth.

5. Procédé selon la revendication 1, dans lequel ledit deuxième protocole sans fil est le WLAN.

6. Procédé selon l'une des revendications précédentes, dans lequel le procédé comprend en outre l'ajustement dynamique d'un gain dans ladite LNA partagée (308).

7. Procédé selon l'une des revendications précédentes, dans lequel le procédé comprend en outre, à la réception dudit signal pour ledit premier protocole sans fil, la communication dudit signal reçu de ladite LNA partagée (308) à une charge de LNA suivante intégrée au sein de ladite première radio (305) ou dudit premier récepteur par l'intermédiaire dudit amplificateur à transconductance (315A).

8. Procédé selon l'une des revendications précédentes, dans lequel le procédé comprend en outre l'ajustement dynamique d'un gain dans ledit amplificateur à transconductance (315A) et la charge de LNA suivante.

19 EP 1 931 052 B1 20

9. Procédé selon l'une des revendications précédentes, dans lequel le procédé comprend en outre, à la réception dudit signal pour ledit deuxième protocole sans fil, la communication dudit signal reçu de ladite LNA partagée (308) à une LNA suivante intégrée au sein de ladite deuxième radio (303) ou dudit deuxième récepteur dans ladite puce (302) utilisé(e) pour traiter ledit signal pour ledit deuxième protocole sans fil.

10. Procédé selon l'une des revendications précédentes, dans lequel le procédé comprend en outre l'ajustement dynamique d'un gain dans ladite LNA suivante intégrée au sein de ladite deuxième radio (303) ou dudit deuxième récepteur.

11. Système pour traiter des signaux reçus par l'intermédiaire d'un support de communication, le système comprenant :

   une puce (302) comprenant une première radio (305) ou un premier récepteur utilisé(e) pour traiter un signal pour un premier protocole sans fil ; et
   ladite puce (302) comprend une LNA partagée (308) qui permet la réception dudit signal pour ledit premier protocole sans fil et d'un signal pour un deuxième protocole sans fil, dans lequel un amplificateur à transconductance (315A) au sein de ladite puce (302) est utilisé pour coupler une sortie de ladite LNA partagée (308) à ladite première radio (305) ou audit premier récepteur ;
   **caractérisé en ce que**
   ladite LNA partagée (308) est intégrée au sein d'une deuxième radio (303) ou d'un deuxième récepteur dans ladite puce (302) utilisé(e) pour traiter ledit signal pour ledit deuxième protocole sans fil.

12. Système selon la revendication 11, dans lequel ladite deuxième radio (303) ou ledit deuxième récepteur est une radio WLAN ou un récepteur WLAN.

13. Système selon la revendication 11, dans lequel ledit amplificateur à transconductance (315A) est intégré au sein de ladite deuxième radio (303) ou dudit deuxième récepteur.

14. Système selon la revendication 11, dans lequel ladite première radio (305) ou ledit premier récepteur est une radio Bluetooth ou un récepteur Bluetooth.

EP 1 931 052 B1



**FIG. 1**

EP 1 931 052 B1



FIG. 2

EP 1 931 052 B1



FIG. 3

EP 1 931 052 B1



FIG. 4



**FIG. 5**

EP 1 931 052 B1

**REFERENCES CITED IN THE DESCRIPTION**

*This list of references cited by the applicant is for the reader's convenience only. It does not form part of the European patent document. Even though great care has been taken in compiling the references, errors or omissions cannot be excluded and the EPO disclaims all liability in this regard.*

**Patent documents cited in the description**

- WO 2004036777 A **[0008]**