Arpita Bhattacharyya (SBN 316454)
Arpita.Bhattacharyya@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, L.L.P.**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Lionel M. Lavenue (*pro hac vice* to be filed)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, L.L.P.**
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
Telephone:    (571) 203-2750
Facsimile:    (571) 203-2777

R. Benjamin Cassady (*pro hac vice* to be filed)
ben.cassady@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, DC  20001-4413
Telephone:    (202) 408-6088
Facsimile:    (202) 408-4400

Attorneys for Petitioners
BAYERISCHE MOTOREN WERKE AG and
BMW BANK GMBH

FILED
NOV 01 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re Ex Parte Application of<br>BAYERISCHE MOTOREN WERKE AG<br>and BMW BANK GMBH<br><br>   Applicants,<br><br>for an Order Pursuant to 28 U.S.C. Section 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding. | Misc. Action No. CV-19 80272 MISC<br><br>**DECLARATION OF LIONEL M. LAVENUE IN SUPPORT OF EX PARTE APPLICATION OF BAYERISCHE MOTOREN WERKE AG AND BMW BANK GMBH FOR ORDER PURSUANT TO 28 U.S.C. § 1782(A) TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Declaration of Lionel I
Misc. Action No.

I, Lionel M. Lavenue, declare and testify as follows:

1. I am a partner with the law firm Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP, counsel of record for Applicants Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") and BMW Bank GmbH (collectively, "BMW"). I am knowledgeable about the facts set forth in this declaration and could and would testify competently to them if called as a witness, unless otherwise stated.

2. Attached as Appendix 1 is a true and correct copy of the German complaint filed by Broadcom Corp. against BMW involving European Patent Number 1,177,531.

3. Attached as Appendix 2 is a true and correct copy an English-language translation of the German complaint filed by Broadcom Corp. against BMW involving European Patent Number 1,177,531.

4. Attached as Appendix 3 is a true and correct copy of the German complaint filed by Avago Techs. Int'l Sales Pte. Ltd. (Singapore) against BMW involving European Patent Number 1,316,181.

5. Attached as Appendix 4 is a true and correct copy an English-language translation of the German complaint filed by Avago Techs. Int'l Sales Pte. Ltd. (Singapore) against BMW involving European Patent Number 1,316,181.

6. Attached as Appendix 5 is a true and correct copy of the German complaint filed by Avago Techs. Int'l Sales Pte. Ltd. (Singapore) against BMW involving European Patent Number 1,931,052.

7. Attached as Appendix 6 is a true and correct copy an English-language translation of the German complaint filed by Avago Techs. Int'l Sales Pte. Ltd. (Singapore) against BMW involving European Patent Number 1,931,052.

8. Attached as Appendix 7 is a true and correct copy of the relevant excerpts the results of a Dun & Bradstreet Credit (D&B) search for corporate "Broadcom" entities, with annotations added to relevant portions.

1

Declaration of Lionel Lavenue
Misc. Action No. _____

9.     Attached as Appendix 8 is a true and correct copy of the relevant excerpts of the results of a Dun & Bradstreet Credit (D&B) search for corporate "Avago Technologies" entities, with annotations added to relevant portions.

10.     Attached as Appendix 9 is a true and correct copy of the relevant excerpts of the Amended Complaint (Dkt. 36) filed on August 15, 2016 in *California Institute of Technology v. Broadcom Ltd., et al.,* Case No. 2:16-cv-3714-GW(AGRx), (C.D. Cal.) as downloaded from PACER, with annotations added to relevant portions.

11.     Attached as Appendix 10 is a true and correct copy of the relevant excerpts of the Answer to the Amended Complaint (Dkt. 47) filed by Broadcom Ltd. and Avago Technologies Ltd. on August 31, 2016 in *California Institute of Technology v. Broadcom Ltd., et al.,* Case No. 2:16-cv-3714-GW(AGRx), (C.D. Cal.) as downloaded from PACER, with annotations added to relevant portions.

12.     Attached as Appendix 11 is a true and correct copy of the relevant excerpts of Avago Technologies Ltd's 2015 Securities and Exchange Commission 10-K submission, with annotations added to relevant portions, as downloaded from the SEC's website here: https://www.sec.gov/Archives/edgar/data/1441634/000144163415000089/avgo-110115x10k.htm.

13.     Attached as Appendix 12 is a true and correct copy of the relevant excerpts of a OneStop Report by D&B Hoovers on Broadcom Technologies Inc. dated October 28, 2019, with annotations added to relevant portions.

14.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2

Declaration of Lionel Lavenue
Misc. Action No. _____

Dated: November 1, 2019

By: /s/ Lionel M. Lavenue
Lionel M. Lavenue (*pro hac vice* to be filed)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.**
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
Telephone:   (571) 203-2750
Facsimile:    (202) 408-4400

Attorney for Petitioners
BAYERISCHE MOTOREN WERKE AG and
BMW BANK GMBH

3

Declaration of Lionel Lavenue
Misc. Action No. _____