# Appendix 7

