# Appendix 8



Show Preview ▼

## AVAGO TECH
ACTIVE   SINGLE LOCATION

| | |
|---|---|
| Address: | 6691 CROW CANYON RD, CASTRO VALLEY, CA, 94552-9676, US |
| Phone: | 1 (510) 733-5621 |
| D-U-N-S: | 07-465-3280 |

Get Report

Show Preview ▼

## AVAGO TECHNOLOGY
ACTIVE   SINGLE LOCATION

| | |
|---|---|
| Address: | 9815 DAVID TAYLOR DR, CHARLOTTE, NC, 28262-2357, US |
| Phone: | 1 (704) 887-7735 |
| D-U-N-S: | 08-041-3118 |

Get Report

Show Preview ▼

## AVAGO TECHNOLOGIES US INC
ACTIVE   SINGLE LOCATION

| | |
|---|---|
| Address: | 1110 AMERICAN PKWY NE STE F200, ALLENTOWN, PA, 18109-9150, US |
| Phone: | - |
| D-U-N-S: | 09-731-1501 |

Get Report

Show Preview ▼

## AVAGO TECHNOLOGIES
ACTIVE   SINGLE LOCATION

| | |
|---|---|
| Address: | 2040 E ALGONQUIN RD, SCHAUMBURG, IL, 60173-4187, US |
| Phone: | 1 (847) 496-4272 |
| D-U-N-S: | 01-344-0832 |

Get Report

Show Preview ▼

## AVAGO TECHNOLOGIES
ACTIVE   SINGLE LOCATION

| | |
|---|---|
| Address: | WELLINGTON, CO, 80549, US |
| Phone: | - |
| D-U-N-S: | 03-447-1332 |

Get Report

Show Preview ▼

## AVAGO TECHNOLOGIES
ACTIVE   SINGLE LOCATION

| | |
|---|---|
| Address: | 4165 SHACKLEFORD RD, NORCROSS, GA, 30093- |