# Appendix 9

QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

CASE NO. 2:16-CV-3714-GW(AGRx)
AMENDED COMPLAINT

Plaintiff the California Institute of Technology ("Caltech" or "Plaintiff"), by and through its undersigned counsel, complains and alleges against Broadcom Limited ("Broadcom Ltd."), Broadcom Corporation ("Broadcom Corp."), and Avago Technologies Limited ("Avago Technologies Ltd.") (collectively, "Broadcom"), Apple Inc. ("Apple"), and Cypress Semiconductor Corporation ("Cypress"), (collectively "Defendants") as follows:

## NATURE OF THE ACTION

1. This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

2. Broadcom has infringed and continues to infringe, contributed to and continues to contribute to the infringement of, and/or actively induced and continues to induce others to infringe Caltech's U.S. Patent No. 7,116,710, U.S. Patent No. 7,421,032, U.S. Patent No. 7,916,781, and U.S. Patent No. 8,284,833 (collectively, "the Asserted Patents"). Apple has infringed and continues to infringe, contributed to and continues to contribute to the infringement of, and/or actively induced and continues to induce others to infringe the Asserted Patents. Broadcom and Apple have jointly infringed and continue to jointly infringe, jointly contributed to and continue to jointly contribute to the infringement of, and/or jointly actively induced and jointly continue to induce others to infringe the Asserted Patents.

3. Cypress has infringed and continues to infringe, contributed to and continues to contribute to the infringement of, and/or actively induced and continues to induce others to infringe the Asserted Patents.

4. Caltech is the legal owner by assignment of the Asserted Patents, which were duly and legally issued by the United States Patent and Trademark Office. Caltech seeks injunctive relief and monetary damages.

## THE PARTIES

5. Caltech is a non-profit private university organized under the laws of the State of California, with its principal place of business at 1200 East California Boulevard, Pasadena, California 91125.

6. Caltech is a world-renowned science and engineering research and education institution, where extraordinary faculty and students seek answers to complex questions, discover new knowledge, lead innovation, and transform our future. To date, 34 Caltech alumni and faculty have won a total of 35 Nobel Prizes. Caltech's 124-acre campus is located in Pasadena, California including 300 professorial faculty and 600 research scholars. The mission of Caltech is to expand human knowledge and benefit society through research integrated with education. Caltech investigates the most challenging, fundamental problems in science and technology in a singularly collegial, interdisciplinary atmosphere, while educating outstanding students to become creative members of society. Caltech's investment in research has led Caltech to have more patent invention disclosures per faculty member than any other university in the nation and to be consistently ranked as one of the top university patent portfolios in strength and number of patents issued.

7. On information and belief, Broadcom Ltd. is a corporation organized under the laws of the country of Singapore with its principal places of business at 1320 Ridder Park Dr., San Jose, California 95131 and 1 Yishun Avenue 7, Singapore 768923.

8. On information and belief, Broadcom Corp. is a California corporation with a principal place of business at 5300 California Avenue, Irvine, California 92617. On information and belief, Broadcom Corp. is an indirect subsidiary of Broadcom Ltd.

9. On information and belief, Avago Technologies Ltd. is a corporation organized under the laws of the country of Singapore with its principal places of business at 1320 Ridder Park Dr., San Jose, California 95131 and 1 Yishun Avenue

1 | 7, Singapore 768923. On information and belief, Avago Technologies Ltd. is an
2 | indirect subsidiary of Broadcom Ltd.

3 |     10.    On information and belief, Apple Inc. is a corporation organized under
4 | the laws of the State of California, with its principal place of business at 1 Infinite
5 | Loop, Cupertino, California 95014.

6 |     11.    On information and belief, Cypress Semiconductor Corporation is a
7 | corporation organized under the laws of the State of Delaware, with its principal
8 | place of business at 198 Champion Court, San Jose, California 95134.

## JURISDICTION AND VENUE

10 |     12.    This Court has jurisdiction over the subject matter of this action under
11 | 28 U.S.C. §§ 1331 and 1338(a).

12 |     13.    Broadcom Ltd. is subject to this Court's personal jurisdiction. On
13 | information and belief, Broadcom Ltd. regularly conducts business in the State of
14 | California, including in the Central District of California, and has committed acts of
15 | patent infringement and/or contributed to or induced acts of patent infringement by
16 | others in this District and elsewhere in California and the United States. As such,
17 | Broadcom Ltd. has purposefully availed itself of the privilege of conducting
18 | business within this District; has established sufficient minimum contacts with this
19 | District such that it should reasonably and fairly anticipate being haled into court in
20 | this District; has purposefully directed activities at residents of this State; and at
21 | least a portion of the patent infringement claims alleged herein arise out of or are
22 | related to one or more of the foregoing activities.

23 |     14.    Broadcom Corp. is subject to this Court's personal jurisdiction. On
24 | information and belief, Broadcom Corp. regularly conducts business in the State of
25 | California, including in the Central District of California, and has committed acts of
26 | patent infringement and/or contributed to or induced acts of patent infringement by
27 | others in this District and elsewhere in California and the United States. As such,
28 | Broadcom Corp. has purposefully availed itself of the privilege of conducting