# Appendix 10

1  MAYER BROWN LLP
   Duane-David Hough (*pro hac vice*)
2  dhough@mayerbrown.com
   Brian W. Nolan (*pro hac vice*)
3  bnolan@mayerbrown.com
   1221 Avenue of the Americas
4  New York, NY 10020-1001
   Telephone: (212) 506-2500
5  Facsimile: (212) 262-1910

6  MAYER BROWN LLP
   Cliff A. Maier (Bar No. 248858)
7  cmaier@mayerbrown.com
   Elspeth V. Hansen (Bar No. 292193)
8  ehansen@mayerbrown.com
   Two Palo Alto Square, Suite 300
9  3000 El Camino Real
   Palo Alto, CA 94306-2112
10 Telephone: (650) 331-2000
   Facsimile: (650) 331-2060
11
   [*Additional counsel listed on signature page*]
12
   Attorneys for Defendants Broadcom Limited,
13 Broadcom Corporation, Avago Technologies
   Limited, and Apple Inc.
14

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>20          Plaintiff,<br><br>21     v.<br><br>22  BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION,<br><br>25          Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**ANSWER, DEFENSES, AND COUNTERCLAIMS OF DEFENDANTS BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC. TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br>Judge: Hon. George H. Wu<br><br>First Amended Complaint Filed:<br>August 15, 2016 |

26
27
28

| | |
|---|---|
| 1 | BROADCOM CORPORATION, and APPLE INC., |
| 2 | |
| 3 | Counterclaim-Plaintiffs, |
| 4 | v. |
| 5 | The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation, |
| 6 | |
| 7 | Counterclaim-Defendant. |

Defendants Broadcom Limited ("Broadcom Ltd."), Broadcom Corporation ("Broadcom Corp."), and Avago Technologies Limited ("Avago Ltd.") (collectively, "Broadcom") and Apple Inc. ("Apple") (collectively "Broadcom/Apple"), by and through their undersigned attorneys, hereby answer the Amended Complaint for Patent Infringement (the "Complaint") filed by the Plaintiff, the California Institute of Technology ("Caltech" or "Plaintiff"), as follows, with each paragraph of the Answer below responding to the corresponding numbered or lettered paragraph of the Complaint.

## ANSWER

## NATURE OF THE ACTION

1. Broadcom/Apple admit that Caltech's Complaint purports to state a cause of action under the patent laws of the United States. Broadcom/Apple deny the remaining allegations of paragraph 1 of the Complaint.

2. Broadcom/Apple deny the allegations of paragraph 2 of the Complaint.

3. Broadcom/Apple are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 3 of the Complaint and therefore deny them.

4. Broadcom/Apple deny that U.S. Patent No. 7,116,710, U.S. Patent No. 7,421,032, U.S. Patent No. 7,916,781, and U.S. Patent No. 8,284,833 (collectively, "the Asserted Patents" or the "patents-in-suit") were duly and legally issued.

1  Broadcom/Apple acknowledge that Caltech seeks injunctive relief and monetary
2  damages, but denies that it is entitled to any such damages or relief.
3  Broadcom/Apple are without knowledge or information sufficient to admit or deny
4  the remaining allegations of paragraph 4 of the Complaint and therefore deny them.

## THE PARTIES

6    5.    On information and belief, Broadcom/Apple admit that Caltech
7  purports to be a non-profit private university organized under the laws of the State
8  of California, with its principal place of business at 1200 East California Boulevard,
9  Pasadena, California 91125.
10   6.    Broadcom/Apple are without knowledge or information sufficient to
11  admit or deny the allegations contained in paragraph 6 of the Complaint and
12  therefore deny them.
13   7.    Broadcom/Apple admit the allegations in paragraph 7 of the
14  Complaint.
15   8.    Broadcom/Apple admit the allegations in paragraph 8 of the
16  Complaint.
17   9.    Broadcom/Apple admit the allegations in paragraph 9 of the
18  Complaint.
19   10.   Broadcom/Apple admit the allegations in paragraph 10 of the
20  Complaint.
21   11.   On information and belief, Broadcom/Apple admit that Cypress
22  Semiconductor Corporation ("Cypress") was incorporated in the state of Delaware
23  and maintains a corporate location at 198 Champion Court, San Jose, California
24  95134. Broadcom/Apple are without knowledge or information sufficient to admit
25  or deny the remaining allegations contained in paragraph 11 of the Complaint and
26  therefore deny them.
27  / / /
28  / / /