# Appendix 11

10-K 1 avgo-110115x10k.htm 10-K
Table of Contents

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, DC 20549
## Form 10-K

(MARK ONE)

R    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended November 1, 2015

OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from            to

Commission File Number: 001-34428

# Avago Technologies Limited
*(Exact Name of Registrant as Specified in Its Charter)*

| Singapore | 98-0682363 |
|---|---|
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| 1 Yishun Avenue 7 Singapore 768923 | N/A |
| *(Address of Principal Executive Offices)* | *(Zip Code)* |

(65) 6755-7888
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Class | Name of Each Exchange on Which Registered |
|---|---|
| Ordinary Shares, no par value | The NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act:
None
*(Title of class)*

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes R   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes R   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes R   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. R

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer R     Accelerated filer ☐     Non-accelerated filer ☐     Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☑

State the aggregate market value of the Registrant's voting and non-voting ordinary shares held by non-affiliates as of the last business day of the Registrant's most recently completed second fiscal quarter: As of May 3, 2015, the last business day of our most recently completed second fiscal quarter, the aggregate market value of the Registrant's ordinary shares held by non-affiliates of the Registrant (based upon the closing sale price of such shares on the

Nasdaq Global Select Market on May 1, 2015, the last trading day prior to our fiscal quarter end) was approximately $31.8 billion.

As of November 29, 2015, the Registrant had 276,489,575 ordinary shares outstanding.

**Documents Incorporated by Reference**

Information required in response to Part III of this Annual Report on Form 10-K is hereby incorporated by reference from the Registrant's definitive Proxy Statement for its 2016 Annual General Meeting of Shareholders. Except as expressly incorporated by reference, the Registrant's Proxy Statement shall not be deemed to be a part of this Annual Report on Form 10-K. The Registrant intends to file its definitive Proxy Statement within 120 days after its fiscal year ended November 1, 2015.

**AVAGO TECHNOLOGIES LIMITED**
**2015 ANNUAL REPORT ON FORM 10-K**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **PART I.** | | |
| ITEM 1. | BUSINESS | 4 |
| ITEM 1A. | RISK FACTORS | 11 |
| ITEM 1B. | UNRESOLVED STAFF COMMENTS | 33 |
| ITEM 2. | PROPERTIES | 34 |
| ITEM 3. | LEGAL PROCEEDINGS | 34 |
| ITEM 4. | MINE SAFETY DISCLOSURES | 36 |
| **PART II.** | | |
| ITEM 5. | MARKET FOR THE REGISTRANT'S COMMON EQUITY, RELATED SHAREHOLDER MATTERS AND ISSUER SALE AND PURCHASES OF EQUITY SECURITIES | 37 |
| ITEM 6. | SELECTED FINANCIAL DATA | 40 |
| ITEM 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 42 |
| ITEM 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 61 |
| ITEM 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 63 |
| ITEM 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 118 |
| ITEM 9A. | CONTROLS AND PROCEDURES | 118 |
| ITEM 9B. | OTHER INFORMATION | 119 |
| **PART III.** | | |
| ITEM 10. | DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE | 119 |
| ITEM 11. | EXECUTIVE COMPENSATION | 119 |
| ITEM 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED SHAREHOLDER MATTERS | 119 |
| ITEM 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE | 119 |
| ITEM 14. | PRINCIPAL ACCOUNTING FEES AND SERVICES | 119 |
| **PART IV.** | | |
| ITEM 15. | EXHIBITS, FINANCIAL STATEMENT SCHEDULES | 120 |
| SIGNATURES | | 121 |
| EXHIBIT INDEX | | 122 |

Table of Contents

*Our actual operating results may differ significantly from our guidance.*

From time to time, we release guidance regarding our future performance that represents our management's estimates as of the date of release. This guidance, which consists of forward-looking statements, is prepared by our management and is qualified by, and subject to, the assumptions and the other information contained or referred to in the release. Our guidance is not prepared with a view toward compliance with published guidelines of the American Institute of Certified Public Accountants, and neither any independent registered public accounting firm nor any other independent expert or outside party compiles, examines or reviews the guidance and, accordingly, no such person expresses any opinion or any other form of assurance with respect thereto.

Guidance is based upon a number of assumptions and estimates that, while presented with numerical specificity, is inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond our control and are based upon specific assumptions with respect to future business decisions, some of which will change. We generally state possible outcomes as high and low ranges which are intended to provide a sensitivity analysis as variables are changed but are not intended to represent that actual results could not fall outside of the suggested ranges. The principal reason that we release this data is to provide a basis for our management to discuss our business outlook with analysts and investors. We do not accept any responsibility for any projections or reports published by any such persons.

Guidance is necessarily speculative in nature, and it can be expected that some or all of the assumptions of the guidance furnished by us will not materialize or will vary significantly from actual results, particularly any guidance relating to the results of operations of acquired businesses or companies as our management will, necessarily, be less familiar with their business, procedures and operations. Accordingly, our guidance is only an estimate of what management believes is realizable as of the date of release. Actual results will vary from the guidance and the variations may be material. Investors should also recognize that the reliability of any forecasted financial data diminishes the farther in the future that the data are forecast. In light of the foregoing, investors are urged to put the guidance in context and not to place undue reliance on it.

Any failure to successfully implement our operating strategy or the occurrence of any of the events or circumstances set forth in this Annual Report on Form 10-K could result in the actual operating results being different than the guidance, and such differences may be adverse and material.

**ITEM 1B.    UNRESOLVED STAFF COMMENTS**

None.

Table of Contents

**ITEM 2.    PROPERTIES**

Our Singapore headquarters are located in Yishun, Singapore, and the headquarters for our U.S. subsidiaries is located in San Jose, California. We conduct our administration, manufacturing, research and development, sales and marketing in both owned and leased facilities. We believe that our owned and leased facilities are adequate for our present operations. We do not allocate assets by operating segment. The following is a list of our principal facilities and their primary functions.

| Site | Major Activity | Owned/Leased | Wireless Communications | Wired Infrastructure | Enterprise Storage | Industrial & Other | Corporate |
|---|---|---|---|---|---|---|---|
| Yishun, Singapore | Administration, Manufacturing, Research and Development, Sales and Marketing | Leased | | X | | X | X |
| San Jose, CA, United States | Administration, Research and Development, Sales and Marketing | Owned | X | X | X | X | X |
| Fort Collins, CO, United States | Administration, Manufacturing and Research and Development | Owned | X | X | X | | X |
| Penang, Malaysia | Administration, Manufacturing, Research and Development, Sales and Marketing | Owned—Building Leased—Land | X | X | X | X | X |
| Bangalore, India | Administration, Research and Development, Sales and Marketing | Leased | | X | X | | X |
| Colorado Springs, CO, United States | Administration and Research and Development | Owned | | | X | | X |
| Breinigsville, PA, United States | Administration, Manufacturing, Research and Development, Sales and Marketing | Leased | | X | | | X |
| Charlotte, NC, United States | Administration, Manufacturing, Research and Development, Sales and Marketing | Owned | | X | | | |
| Costa Mesa, CA, United States | Administration, Research and Development, Sales and Marketing | Leased | | | X | | |
| Senoko, Singapore | Manufacturing | Owned—Building Leased—Land | | X | | | |
| Shanghai, China | Administration, Research and Development, Sales and Marketing | Leased | | X | X | | X |
| Seoul, Korea | Research and Development, Sales and Marketing | Leased | X | | | | X |

## ITEM 2. PROPERTIES

Our Singapore headquarters are located in Yishun, Singapore, and the headquarters for our U.S. subsidiaries is located in San Jose, California. We conduct our administration, manufacturing, research and development, sales and marketing in both owned and leased facilities. We believe that our owned and leased facilities are adequate for our present operations. We do not allocate assets by operating segment. The following is a list of our principal facilities and their primary functions.

| Site | Major Activity | Owned/Leased | Segment: Wireless Communications | Wired Infrastructure | Enterprise Storage | Industrial & Other | Corporate |
|---|---|---|---|---|---|---|---|
| Yishun, Singapore | Administration, Manufacturing, Research and Development, Sales and Marketing | Leased | | X | | X | X |
| San Jose, CA, United States | Administration, Research and Development, Sales and Marketing | Owned | X | X | X | X | X |
| Fort Collins, CO, United States | Administration, Manufacturing and Research and Development | Owned | X | X | X | | X |
| Penang, Malaysia | Administration, Manufacturing, Research and Development, Sales and Marketing | Owned—Building Leased—Land | X | X | X | X | X |
| Bangalore, India | Administration, Research and Development, Sales and Marketing | Leased | | X | X | | X |
| Colorado Springs, CO, United States | Administration and Research and Development | Owned | | | X | | X |
| Breinigsville, PA, United States | Administration, Manufacturing, Research and Development, Sales and Marketing | Leased | | X | | | X |
| Charlotte, NC, United States | Administration, Manufacturing, Research and Development, Sales and Marketing | Owned | | X | | | |
| Costa Mesa, CA, United States | Administration, Research and Development, Sales and Marketing | Leased | | | X | | |
| Senoko, Singapore | Manufacturing | Owned—Building Leased—Land | | X | | | |
| Shanghai, China | Administration, Research and Development, Sales and Marketing | Leased | | X | X | | X |
| Seoul, Korea | Research and Development, Sales and Marketing | Leased | X | | | | X |
| Depot Road, Singapore | Manufacturing and Research and Development | Leased | | X | | | X |
| Matamoros, Tamaulipas, Mexico | Administration, Manufacturing | Leased | | X | | | |
| Munich, Germany | Research and Development | Leased | X | | X | | X |
| Regensburg, Germany | Research and Development and Marketing | Leased | | | | X | |

As of November 1, 2015, our principal facilities consisted of:

| (Square Feet) | United States | Other Countries | Total |
|---|---|---|---|
| Owned facilities | 1,834,965 | 355,352 | 2,190,317 |
| Leased facilities [1] | 233,331 | 661,990 | 895,321 |
| Total facilities | 2,068,296 | 1,017,342 | 3,085,638 |

[1] Leases expire on varying dates through May 2051 and generally include renewals at our option. Excludes square footage of land leased.

In addition, we recently purchased a manufacturing facility in Eugene, Oregon, which we intend to develop over the next two to three years to provide additional filter manufacturing capacity for our wireless business. We also own or lease smaller properties in the United States, China, Malaysia, Italy, Slovakia, Germany, India, Japan and Taiwan, which are occupied by administration, marketing, manufacturing, research and development, and sales personnel.

## ITEM 3. LEGAL PROCEEDINGS

### Lawsuits Relating to the Pending Acquisition of Broadcom

Since the announcement of the Broadcom Transaction, 11 putative class action complaints have been filed by and purportedly on behalf of alleged Broadcom shareholders. Two putative class action complaints were filed in the United States