# Appendix 12

# Corporate Overview

**Location**
1230 Ridder Park Dr
San Jose, CA, 95131
Santa Clara County
United States

| | |
|---|---|
| Tel: | 949-926-5000 |
| Marketability: | Has Not Opted Out of Direct Marketing |

| | |
|---|---|
| Sales USD(mil): | 0.1 |
| Assets USD(mil): | NA |
| Employees: | 3 |
| KeyID$^{SM}$: | 443121914 |
| Industry: | Semiconductors |

| | |
|---|---|
| Incorporation Date: | 2019 |
| Company Type: | Private Subsidiary |
| Quoted Status: | Not Quoted |
| Principal Test Engineer: | Antony Lau |

## Industry Codes

**ANZSIC 2006:**

2429 - Other Electronic Equipment Manufacturing (Primary)

**ISIC Rev 4:**

2610 - Manufacture of electronic components and boards (Primary)

**NACE 2002:**

2611 - Manufacture of electronic components (Primary)

**UK SIC 2007:**

2611 - Manufacture of electronic components (Primary)

**UK SIC 2003:**

3210 - Manufacture of electronic valves and tubes and other electronic components (Primary)

**NAICS 2017:**

334413 - Semiconductor and Related Device Manufacturing (Primary)

**US SIC 1987:**

3674 - Semiconductors and Related Devices (Primary)

**US 8-Digit SIC:**

36740000 - Semiconductors and related devices (Primary)

## Business Description

Broadcom Technologies Inc. is primarily engaged in manufacturing semiconductors and related solid-state devices. Important products of this industry are semiconductor diodes and stacks, including rectifiers, integrated microcircuits (semiconductor networks), transistors, solar cells, and light sensing and emitting semi-conductor (solid-state) devices.

*Source: D&B*

## Financial Data

| Financials in: | USD(mil) | 1 Year Growth |
|---|---|---|
| Revenue: | 0.1 | NA |

© 2019 Dun & Bradstreet, Inc. All rights reserved.