UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE EX PARTE APPLICATION OF
BAYERISCHE MOTOREN WERKE AG
AND BMW BANK GMBH,

          Applicants.

Case No.  19-mc-80272-VKD

**ORDER RE BMW'S MOTION FOR
CLARIFICATION OF ORDER RE
DISCOVERY DISPUTE RE
BROADCOM'S PRIVILEGE CLAIMS**

Re: Dkt. No. 34

Applicants Bayerische Motoren Werke AG and BMW Bank GmbH (collectively, "BMW")
request clarification of the Court's April 14, 2020 order (Dkt. No. 32) resolving a dispute
concerning respondents Broadcom Corporation, Broadcom Inc., and Broadcom Technologies
Inc.'s (collectively, "Broadcom") alleged failure to assert privileges and protections that may
apply to documents responsive to BMW's document requests.  *See* Dkt. Nos. 34, 35.  Broadcom
opposes BMW's request for clarification as both procedurally defective and unnecessary.  *See*
Dkt. No. 44.

The Court clarifies its April 14, 2020 order as follows:

        1.       The April 14, 2020 order addresses only the parties' disputes concerning relevance
and Broadcom's obligation to provide a privilege log with respect to BMW's Request No. 14.
While Broadcom asserted privilege objections with respect to other document requests, the Court
understood that Broadcom had since represented that it has searched for and produced all
documents responsive to these requests from the custodians and repositories it had agreed to
search, and no such documents were withheld as privileged, save for a single document Broadcom
included on a privilege log.  Dkt. No. 28 at 7 n.1, 12.  As to Request No. 14, the Court understood

that Broadcom objected to producing documents responsive to that request on grounds of relevance, and further objected to having to log its privilege objections for irrelevant documents. Accordingly, this order is limited to clarifications of the Court's April 14, 2020 order regarding Request No. 14.[1]

2.      The Court intended its April 14, 2020 order to require Broadcom to provide a privilege log for any relevant and responsive documents within the scope of Request No. 14.  In other words, the Court's description of the relevant documents within the scope of Request No. 14 in section III.A. of the order is meant to also define the universe of relevant and responsive documents that Broadcom would need to log if it wished to preserve a claim of privilege or other protection as to those documents.  Specifically, Broadcom must search for and produce to BMW all documents responsive to Request No. 14 to the extent those documents concern infringement or validity of the asserted patents.[2]  *See* Dkt. No. 32 at 4-5.  If Broadcom contends that a document otherwise subject to production per the Court's order is covered by a privilege or some other protection, it must identify the document and the basis for the privilege or protection on a privilege log.  To the extent BMW takes a contrary view, *see* Dkt. No. 34 at 2, its understanding of the Court's prior order is not reasonable.

3.      The Court did not "direct" that Request No. 14 "encompasses any infringement or validity analyses also responsive to RFPs 2-7, 10-13, and 15-18," as BMW argues.  *See* Dkt. No. 34 at 1.  Rather, the remark to which BMW repeatedly refers at Dkt. No. 34 at 4:14-16 expresses the Court's assessment that Request No. 14 encompasses subject matter that is relevant to claims and defenses at issue in the German proceedings (i.e. infringement and invalidity of the asserted patents) and that Request No. 14 therefore encompasses some relevant documents.  Nothing in the

---

[1] The Court does not address the parties' arguments concerning other requests beyond the scope of the April 14, 2020 order in question, and BMW's motion for leave to file a reply (Dkt. No. 45) is denied.

[2] Broadcom need not search for documents held by "privileged custodians" or in "privilege repositories," as previously agreed by the parties.  *See* Dkt. No. 32 at 1.

United States District Court
Northern District of California

Court's order re-writes Request No. 14 to expand its scope.

**IT IS SO ORDERED.**

Dated: July 9, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California